IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ASSOCIATED INDUSTRIES INSURANCE COMPANY, INC., * <br> * <br> Plaintiff, * <br> * <br> vs. * <br> * <br> UNIVERSAL HOME DECKS & <br>   RENOVATIONS, INC.; * <br> FELIX FIGUEROA; * <br> DANNY BUCK; * <br> SUE BUCK;   and * <br> JOSEPH HULTQUIST, * <br> * <br> Defendants. * | CIVIL ACTION NO. 23-0094-B |

## JUDGMENT

Pursuant to Fed. R. Civ. P. 58 and in accordance with the Order entered on July 31, 2024 (Doc. 68) granting Plaintiff Associated Industries Insurance Company, Inc.'s Motion for Summary Judgment (Doc. 50), **it is**

**ORDERED, ADJUDGED, and DECREED** that Associated Industries does not have a duty to defend or indemnify Defendant Universal Home Decks & Renovation, Inc., and/or Defendant Felix Figueroa, under the Commercial Liability Policy (Policy No. AES 119812900) issued by Associated Industries, for the Policy Period from June 13, 2020 to June 13, 2021, for claims asserted against Universal Home Decks and/or Figueroa by Defendant Danny Buck, Defendant Sue Buck, and Defendant Joseph Hultquist, in Civil Action No. 2021-900746 filed in Mobile County Circuit Court in Mobile

County, Alabama, styled *Danny Buck and Sue Buck, husband and wife, and Joseph Hultquist v. Tide Tamer Industries, Inc.; Wigman's Hardware, Incorporated; TLH Enterprises, LLC; Universal Home Decks and Renovations, Inc.; and Felix Figueroa*.

**DONE** this the **9th** day of **October 2024.**

               **/s/ SONJA F. BIVINS**
             **UNITED STATES MAGISTRATE JUDGE**